**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00016-CV

**JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellants**

**V.**

**SUSAN MCMILLION MARTIN, SHANNON PRITCHARD, BROOKE DAVES AND KIMBERLY STOVALL, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## ORDER

Appellants' motion for leave to use power point in oral arguments filed May 18, 2015 is

**DENIED**.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE